**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

RAYMOND C. MIDDLETON

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  20-22444TBA

HEARING DATE:  01/17/2021

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- Debtor has failed to provide proof of income.

    The debtor has failed to provide proof of current income.  A paystub from debtor's employer dated no later than two weeks prior to the 341 date must be submitted.

- A 401k loan ends during the plan an exact completion date should be supplied to the Trustee ahead of confirmation.
- The Trustee has reviewed last year's tax return and a substantial refund was received.  The Trustee therefore requests that any refund above $2,500.00 be turned over to the Trustee for the life of the plan.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  December 01, 2020

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee