| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>CMG Mortgage, Inc. | |
| In Re:<br><br>Raymond Middleton,<br><br>Debtor. | Case No.:  20-22444-VFP<br><br>Chapter:  13<br><br>Hearing Date:  1/7/2020<br><br>Judge:  Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 21)

_____

Date:  12/31/2020                                        /s/ Denise Carlon
                                                                          Signature

*rev.8/1/15*