| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on January 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   RAYMOND C. MIDDLETON | Case No.:  20-22444 TBA<br><br>Hearing Date:  1/7/2021<br><br>Judge:  Vincent F. Papalia<br><br>**Debtor is Entitled To Discharge** |

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: January 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:   20-22444 TBA

Caption of Order:   ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 11/6/2020, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 12/1/2020, the Debtor shall pay the Standing Trustee

    the sum of $375.00 for a period of 18 month(s), and then

    the sum of $613.00 for a period of 42 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than $17,977.61, which shall be shared on a pro rata basis; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Pre-Confirmation Certification of Compliance has been filed by the Debtor(s) by 1/21/2021, the instant case will be dismissed without further notice or hearing to debtor(s) and debtor's attorney; and it is further

- ORDERED, that Secured Claim in the amount of $3,557.04 filed by Wells Fargo shall be paid through the plan; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $3,500.00. The unpaid balance of the allowed fee in the amount of $2,000.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, the debtor(s) shall provide the Trustee with copies of their timely filed Federal tax returns by April 15th every year throughout the life of the plan and any Federal refund in excess of $2,500.00 shall be paid into the plan or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-22444-VFP
Raymond C. Middleton                                                                            Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1
Date Rcvd: Jan 08, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

**Recip ID        Recipient Name and Address**
db             + Raymond C. Middleton, 917 West 5th Street, Plainfield, NJ 07063-1419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021             Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

**Name                        Email Address**

Angela Nascondiglio Stein
                             on behalf of Debtor Raymond C. Middleton nascondiglio@middlebrooksshapiro.com

Denise E. Carlon
                             on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                             magecf@magtrustee.com

Melinda D. Middlebrooks
                             on behalf of Debtor Raymond C. Middleton middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

U.S. Trustee
                             USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5