MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re: RAYMOND C. MIDDLETON
917 WEST 5TH STREET
PLAINFIELD, NJ  07063

Atty: MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-22444

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $32,496.00**

### RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2020 | $375.00 | 7280547000 | 01/04/2021 | $375.00 | 7351749000 |

**Total Receipts: $750.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $750.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 56.24 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 0.00 | 2,000.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 4,567.49 | * | 0.00 | |
| 0002 | AMERICOLLECT | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CENLAR FSB | MORTGAGE ARRE | 1,848.80 | 100.00% | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 908.07 | * | 0.00 | |
| 0005 | BUREAUS INVESTMENT GRP PORTFOLIO | UNSECURED | 1,121.96 | * | 0.00 | |
| 0006 | DEVRY/ADTALEM GLOBAL EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 992.18 | * | 0.00 | |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,594.00 | * | 0.00 | |
| 0009 | US DEPARTMENT OF EDUCATION | UNSECURED | 77,789.37 | * | 0.00 | |
| 0010 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 589.97 | * | 0.00 | |
| 0013 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,895.71 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,922.45 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,725.64 | * | 0.00 | |
| 0020 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 3,850.84 | * | 0.00 | |
| 0025 | BMW FINANCIAL SERVICES NA LLC | VEHICLE SECURE | 1.61 | 100.00% | 0.00 | |
| 0026 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,547.89 | * | 0.00 | |
| 0027 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,322.41 | * | 0.00 | |

**Chapter 13 Case # 20-22444**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0028 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,290.70 | * | 0.00 | |
| 0029 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 596.23 | * | 0.00 | |
| 0031 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 647.28 | * | 0.00 | |
| 0032 | WELLS FARGO BANK NA | SECURED | 3,557.04 | 100.00% | 0.00 | |
| 0033 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 1,750.44 | * | 0.00 | |
| 0034 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 1,364.80 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,981.85 | * | 0.00 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,355.68 | * | 0.00 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 235.09 | * | 0.00 | |
| 0038 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 680.38 | * | 0.00 | |
| 0039 | BUREAUS INVESTMENT GRP PORTFOLIO | UNSECURED | 743.24 | * | 0.00 | |
| 0040 | STATE OF NJ | PRIORITY | 767.57 | 100.00% | 0.00 | |
| 0041 | PINNALCE SERVICE SOLUTIONS LLC | UNSECURED | 4,873.95 | * | 0.00 | |
| 0042 | SYNCHRONY BANK | UNSECURED | 2,293.78 | * | 0.00 | |
| 0043 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 565.12 | * | 0.00 | |

**Total Paid: $56.24**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $750.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $56.24      =      Funds on Hand: $693.76

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.