| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>RAYMOND C. MIDDLETON | Case No.: 20-22444<br><br>Adv. No.:<br><br>Hearing Date:  07/15/2021<br><br>Judge:  VFP |

## CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/01/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
RAYMOND C. MIDDLETON
917 WEST 5TH STREET
PLAINFIELD, NJ  07063
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081
Mode of Service:  Regular Mail

Dated:  June 01, 2021

By:  /S/ Jeannine VanSant
     Jeannine VanSant