**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

June 01, 2021

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 20-22444**

On January 08, 2021 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 1, 2021

**Chapter 13 Case # 20-22444**

Atty:    MELINDA MIDDLEBROOKS ESQ

Re:    RAYMOND C. MIDDLETON
       917 WEST 5TH STREET
       PLAINFIELD, NJ 07063

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $32,496.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2020 | $375.00 | 7280547000 | 01/04/2021 | $375.00 | 7351749000 |
| 02/03/2021 | $375.00 | 7427726000 | 03/02/2021 | $375.00 | 7492126000 |
| 04/02/2021 | $375.00 | 7569710000 | 05/03/2021 | $375.00 | 7643265000 |

**Total Receipts: $2,250.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,250.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 163.10 | |
| ATTY | ATTORNEY | ADMIN | 2,000.00 | 100.00% | 1,734.40 | 265.60 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABSOLUTE RESOLUTIONS INVESTMENT: | UNSECURED | 4,567.49 | * | 0.00 | |
| 0002 | AMERICOLLECT | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CENLAR FSB | MORTGAGE ARRE | 1,848.80 | 100.00% | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 908.07 | * | 0.00 | |
| 0005 | BUREAUS INVESTMENT GRP PORTFOLIO | UNSECURED | 1,121.96 | * | 0.00 | |
| 0006 | DEVRY/ADTALEM GLOBAL EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 992.18 | * | 0.00 | |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,594.00 | * | 0.00 | |
| 0009 | US DEPARTMENT OF EDUCATION | UNSECURED | 77,789.37 | * | 0.00 | |
| 0010 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 589.97 | * | 0.00 | |
| 0013 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,895.71 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,922.45 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,725.64 | * | 0.00 | |
| 0020 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 3,850.84 | * | 0.00 | |
| 0025 | BMW FINANCIAL SERVICES NA LLC | VEHICLE SECURE | 1.61 | 100.00% | 0.00 | |
| 0026 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,547.89 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0027 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,322.41 | * | 0.00 | |
| 0028 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,290.70 | * | 0.00 | |
| 0029 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 596.23 | * | 0.00 | |
| 0031 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 647.28 | * | 0.00 | |
| 0032 | WELLS FARGO BANK NA | SECURED | 3,557.04 | 100.00% | 0.00 | |
| 0033 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 1,750.44 | * | 0.00 | |
| 0034 | ABSOLUTE RESOLUTIONS INVESTMENT | UNSECURED | 1,364.80 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,981.85 | * | 0.00 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,355.68 | * | 0.00 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 235.09 | * | 0.00 | |
| 0038 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 680.38 | * | 0.00 | |
| 0039 | BUREAUS INVESTMENT GRP PORTFOLIO | UNSECURED | 743.24 | * | 0.00 | |
| 0040 | STATE OF NJ | PRIORITY | 767.57 | 100.00% | 0.00 | |
| 0041 | PINNALCE SERVICE SOLUTIONS LLC | UNSECURED | 4,873.95 | * | 0.00 | |
| 0042 | SYNCHRONY BANK | UNSECURED | 2,293.78 | * | 0.00 | |
| 0043 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 565.12 | * | 0.00 | |

**Total Paid:  $1,897.50**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 01, 2021.

Receipts: $2,250.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,897.50    =    Funds on Hand: $352.50

Base Plan Amount: $32,496.00    -    Receipts: $2,250.00    =    Total Unpaid Balance: **$30,246.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.