UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
Counsel for the Chapter 13 Debtor

In Re:

RAYMOND C. MIDDLETON,

Chapter 13 Debtor.

Case No.:  20-22444-VFP

Judge:  Papalia

Chapter:  13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for __4/21/2022__, at __10:00am__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ __1,125.00__, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/22/2022                                  /s/ Raymond C. Middleton
                                                 Debtor's Signature

Date: _____        _____
                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

## Make A Payment

1. Accept Terms & Conditions  |  2. Confirm Payment Details  |  **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 21 Mar 2022, $ 1,127.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | ▇2426 |
| Payer Name: | Raymond Middleton |
| Payer Email Address: | ▇▇▇▇▇▇▇▇ |
| Online Payment ID: | ▇▇▇▇▇ |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 18 Mar 2022 |
| Payment Date: | 19 Mar 2022 |
| Payment Effective Date: | 21 Mar 2022 |
| Payment Amount: | $ 1,125.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 1,127.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 1,125.00 and $ 2.00*

 Close Window     Print