MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re:  RAYMOND C. MIDDLETON
917 WEST 5TH STREET
PLAINFIELD, NJ  07063

Atty:  MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 20-22444

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,079.00

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2020 | $375.00 | 7280547000 | 01/04/2021 | $375.00 | 7351749000 |
| 02/03/2021 | $375.00 | 7427726000 | 03/02/2021 | $375.00 | 7492126000 |
| 04/02/2021 | $375.00 | 7569710000 | 05/03/2021 | $375.00 | 7643265000 |
| 06/02/2021 | $375.00 | 7709225000 | 07/06/2021 | $375.00 | 7787466000 |
| 07/13/2021 | $1,583.00 | 7806958000 | 08/03/2021 | $375.00 | 7854247000 |
| 09/03/2021 | $375.00 | 7924199000 | 10/04/2021 | $375.00 | 7993174000 |
| 11/02/2021 | $375.00 | 8054659000 | 12/03/2021 | $375.00 | 8122610000 |
| 03/21/2022 | $1,125.00 | 8352426000 | 04/04/2022 | $375.00 | 8379984000 |
| 05/02/2022 | $375.00 | 8442090000 | 06/06/2022 | $375.00 | 8513309000 |
| 07/11/2022 | $613.00 | 8581865000 | 09/19/2022 | $613.00 | 8716070000 |
| 10/03/2022 | $613.00 | 8745778000 | 11/07/2022 | $613.00 | 8813611000 |

**Total Receipts: $11,160.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,160.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC | | | | | | |
| | 08/15/2022 | $22.50 | 895,649 | 08/15/2022 | $6.72 | 895,649 |
| | 11/14/2022 | $41.06 | 900,476 | 11/14/2022 | $12.28 | 900,476 |
| | 12/12/2022 | $20.34 | 902,050 | 12/12/2022 | $6.07 | 902,050 |
| BMW FINANCIAL SERVICES NA LLC | | | | | | |
| | 05/16/2022 | $1.61 | 890,954 | 08/15/2022 | $8.62 | 895,941 |
| | 11/14/2022 | $15.75 | 900,784 | 12/12/2022 | $7.78 | 902,336 |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | |
| | 11/14/2022 | $9.47 | 900,320 | | | |
| BUREAUS INVESTMENT GRP PORTFOLIO NO 15 LLC | | | | | | |
| | 08/15/2022 | $5.53 | 895,952 | 11/14/2022 | $10.34 | 900,794 |
| | 11/14/2022 | $10.09 | 900,794 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 11/14/2022 | $12.64 | 900,808 | | | | |
| CENLAR FSB | | | | | | | |
| | 06/21/2021 | $29.71 | 872,212 | | 07/19/2021 | $120.52 | 874,010 |
| | 08/16/2021 | $629.27 | 875,692 | | 09/20/2021 | $120.52 | 877,423 |
| | 10/18/2021 | $120.52 | 879,202 | | 11/17/2021 | $121.80 | 880,908 |
| | 12/13/2021 | $121.80 | 882,542 | | 01/10/2022 | $121.80 | 884,198 |
| | 05/16/2022 | $462.86 | 891,007 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 08/15/2022 | $22.63 | 896,055 | | 11/14/2022 | $41.30 | 900,900 |
| | 12/12/2022 | $20.45 | 902,445 | | | | |
| DISCOVER BANK | | | | | | | |
| | 11/14/2022 | $13.81 | 900,907 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 08/15/2022 | $14.39 | 8,003,001 | | 11/14/2022 | $26.29 | 8,003,147 |
| | 12/12/2022 | $13.00 | 8,003,203 | | | | |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 11/14/2022 | $7.87 | 901,063 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 08/15/2022 | $14.26 | 895,685 | | 08/15/2022 | $12.55 | 895,685 |
| | 08/15/2022 | $11.43 | 895,685 | | 08/15/2022 | $11.28 | 895,685 |
| | 11/14/2022 | $26.05 | 900,509 | | 11/14/2022 | $22.91 | 900,509 |
| | 11/14/2022 | $20.90 | 900,509 | | 11/14/2022 | $20.60 | 900,509 |
| | 11/14/2022 | $8.30 | 900,509 | | 11/14/2022 | $9.01 | 900,509 |
| | 12/12/2022 | $11.34 | 902,083 | | 12/12/2022 | $10.33 | 902,083 |
| | 12/12/2022 | $10.19 | 902,083 | | 12/12/2022 | $12.88 | 902,083 |
| PINNACLE SERVICE SOLUTIONS LLC | | | | | | | |
| | 08/15/2022 | $24.00 | 896,417 | | 11/14/2022 | $43.85 | 901,246 |
| | 12/12/2022 | $21.67 | 902,797 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/15/2022 | $9.76 | 8,002,997 | | 08/15/2022 | $16.53 | 8,002,997 |
| | 08/15/2022 | $18.35 | 8,002,997 | | 11/14/2022 | $8.21 | 8,003,148 |
| | 11/14/2022 | $33.50 | 8,003,148 | | 11/14/2022 | $17.83 | 8,003,148 |
| | 11/14/2022 | $30.17 | 8,003,148 | | 12/12/2022 | $16.58 | 8,003,201 |
| | 12/12/2022 | $8.81 | 8,003,201 | | 12/12/2022 | $14.93 | 8,003,201 |
| STATE OF NJ | | | | | | | |
| | 05/16/2022 | $93.72 | 891,732 | | 06/20/2022 | $361.88 | 893,478 |
| | 07/18/2022 | $311.97 | 895,104 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 08/15/2022 | $11.29 | 896,702 | | 11/14/2022 | $20.64 | 901,560 |
| | 12/12/2022 | $10.20 | 903,092 | | | | |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 07/18/2022 | $29.82 | 895,273 | | 08/15/2022 | $353.49 | 896,817 |
| | 11/14/2022 | $699.36 | 901,678 | | 12/12/2022 | $346.12 | 903,202 |
| WELLS FARGO BANK NA | | | | | | | |
| | 06/21/2021 | $57.16 | 873,226 | | 07/19/2021 | $231.88 | 874,934 |
| | 08/16/2021 | $1,210.70 | 876,645 | | 09/20/2021 | $231.88 | 878,440 |
| | 10/18/2021 | $231.88 | 880,166 | | 11/17/2021 | $234.34 | 881,831 |
| | 12/13/2021 | $234.34 | 883,475 | | 01/10/2022 | $234.34 | 885,121 |
| | 05/16/2022 | $890.52 | 891,934 | | 08/15/2022 | $18.96 | 896,861 |
| | 11/14/2022 | $34.64 | 901,721 | | 12/12/2022 | $17.13 | 903,239 |

**CLAIMS AND DISTRIBUTIONS**

**Chapter 13 Case # 20-22444**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 593.43 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABSOLUTE RESOLUTIONS INVESTMENT: | UNSECURED | 4,567.49 | * | 83.90 | |
| 0002 | AMERICOLLECT | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CENLAR FSB | MORTGAGE ARRE | 1,848.80 | 100.00% | 1,848.80 | |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 908.07 | * | 12.64 | |
| 0005 | BUREAUS INVESTMENT GRP PORTFOLIC | UNSECURED | 1,121.96 | * | 15.62 | |
| 0006 | DEVRY/ADTALEM GLOBAL EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 992.18 | * | 13.81 | |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,594.00 | * | 84.38 | |
| 0009 | US DEPARTMENT OF EDUCATION | UNSECURED | 77,789.37 | * | 1,428.79 | |
| 0010 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 589.97 | * | 8.21 | |
| 0013 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,895.71 | * | 53.19 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,922.45 | * | 53.68 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,725.64 | * | 68.43 | |
| 0020 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 3,850.84 | * | 70.73 | |
| 0025 | BMW FINANCIAL SERVICES NA LLC | VEHICLE SECURE | 1.61 | 100.00% | 1.61 | |
| 0026 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,547.89 | * | 46.80 | |
| 0027 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,322.41 | * | 42.66 | |
| 0028 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,290.70 | * | 42.07 | |
| 0029 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 596.23 | * | 8.30 | |
| 0031 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 647.28 | * | 9.01 | |
| 0032 | WELLS FARGO BANK NA | SECURED | 3,557.04 | 100.00% | 3,557.04 | |
| 0033 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 1,750.44 | * | 32.15 | |
| 0034 | ABSOLUTE RESOLUTIONS INVESTMENT: | UNSECURED | 1,364.80 | * | 25.07 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,981.85 | * | 36.40 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,355.68 | * | 61.63 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 235.09 | * | 0.00 | |
| 0038 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 680.38 | * | 9.47 | |
| 0039 | BUREAUS INVESTMENT GRP PORTFOLIC | UNSECURED | 743.24 | * | 10.34 | |
| 0040 | STATE OF NJ | PRIORITY | 767.57 | 100.00% | 767.57 | |
| 0041 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 4,873.95 | * | 89.52 | |
| 0042 | SYNCHRONY BANK | UNSECURED | 2,293.78 | * | 42.13 | |
| 0043 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 565.12 | * | 7.87 | |

**Total Paid:  $11,125.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $11,160.00    -    Paid to Claims: $8,531.82    -    Admin Costs Paid: $2,593.43    =    Funds on Hand: $34.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.