**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CMG Mortgage

In Re:

Raymond C. Middleton,

Debtor.

Case No.: 20-22444-VFP
Chapter: 13
Hearing Date: 4/20/2023
Judge: Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief re: 917 West 5th Street, Plainfield, NJ (Docket # 56)

_____

Date: 04/17/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*