# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In RE:**

RAYMOND C. MIDDLETON

**Case Number:** 20-22444

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to **PAYMENT ONLY**, listed in the above stated case, be changed.

| FROM: | TO: |
|---|---|
| BMW Financial Services Attn: Customer Accounting | BMW Financial Services |
| 5550 Britton Parkway, | 1400 City View Drive, |
| Hilliard, OH 43026 | Columbus, OH 43215 |

**NOTE\* There is no change in Notice address.**

/s/ Arvind Nath Rawal

Dated: 04/18/2023

Creditor's Authorized Agent for BMW Financial Services