UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th & Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

IN RE:

**RAYMOND C. MIDDLETON**

**Debtor**

Case No.: 20-22444-VFP

Chapter 13

Judge: Vincent F. Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled        ☐ Withdrawn

Matter: BMW Bank of North America's Motion for Relief from Stay

DATE: 5/8/23

/s/ *Regina Cohen*
Signature