---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

---

IN RE:

**RAYMOND C. MIDDLETON**

**Debtor**

Case No.: 20-22444-VFP

Chapter 13

Judge: Vincent F. Papalia

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)  The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/_____ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c)  I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection upon request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

■ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's email box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with an /s/_____).

Date:   5/8/23

*/s/ Regina Cohen*
Regina Cohen