**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

RAYMOND C. MIDDLETON,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  20-22444 VFP

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | US DEPARTMENT OF EDUCATION |
| Trustee Claim #: | 9 |
| Court Claim #: | 9 |
| Claimed Amount: | $77,789.37 |
| Date Claim Filed: | 11/23/2020 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  May 09, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

RAYMOND C. MIDDLETON
917 WEST 5TH STREET
PLAINFIELD, NJ    07063

MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ    07719-1630

U.S. DEPARTMENT OF EDUCATION
C/ FEDLOAN SERVICING
PO BOX 69184
HARRISBURG, PA    17106

US DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
PO BOX 790234
ST. LOUIS, MO    63179