Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22444−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond C. Middleton
   917 West 5th Street
   Plainfield, NJ 07063

Social Security No.:
   xxx−xx−2903

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 5, 2024.

Dated: January 5, 2024
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond C. Middleton  
    Debtor

Case No. 20-22444-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 05, 2024      Form ID: plncf13      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond C. Middleton, 917 West 5th Street, Plainfield, NJ 07063-1419 |
| 519066776 | | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519014938 | + | CMG Financial, PO Box 77404, Trenton, NJ 08628-6404 |
| 519014940 | + | DeVry/Adtalem Global Education, Attn: Bankruptcy, 500 West Monroe St, Ste 28, Chicago, IL 60661-3777 |
| 519014943 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519028618 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2024 20:49:59 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2024 20:50:03 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 06 2024 07:50:37 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519014935 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 05 2024 20:44:00 | Absolute Resolutions I, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519046552 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 05 2024 20:44:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519014936 | | Email/Text: ebn@americollect.com | Jan 05 2024 20:46:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 519018971 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2024 20:49:57 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519036678 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 05 2024 20:50:26 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 519018970 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2024 20:49:56 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519066519 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 05 2024 20:45:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

Case 20-22444-VFP    Doc 93    Filed 01/07/24    Entered 01/08/24 00:16:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: plncf13 | Total Noticed: 51 |

| Recip ID | Code | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519014937 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 20:49:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519024236 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2024 20:50:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519014939 | ^ | MEBN | Jan 05 2024 20:40:42 | D&A Services, LLC, 1400 E. Touhy Ave, Ste. G2, Des Plaines, IL 60018-3338 |
| 519014942 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 20:50:22 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 519035775 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2024 20:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519026188 | | Email/Text: mrdiscen@discover.com | Jan 05 2024 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519014941 | + | Email/Text: mrdiscen@discover.com | Jan 05 2024 20:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519014944 | ^ | MEBN | Jan 05 2024 20:42:13 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 519014945 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2024 20:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519071255 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2024 20:44:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519014946 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2024 20:44:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519924424 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 20:49:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519924425 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 20:50:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519014947 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jan 05 2024 20:45:00 | Macy's, c/o Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519023458 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2024 20:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519014949 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2024 20:46:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519014948 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2024 20:46:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519014950 | + | Email/Text: bnc@nordstrom.com | Jan 05 2024 20:46:46 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519056888 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2024 20:46:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519014951 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 21:04:42 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519056801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 20:49:50 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 519060898 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 20:50:15 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519062807 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 20:50:04 | Portfolio Recovery Associates, LLC, c/o Dmb, POB 41067, Norfolk VA 23541 |
| 519058317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 20:49:45 | Portfolio Recovery Associates, LLC, c/o GAP, POB 41067, Norfolk, VA 23541 |

| | | | | |
|---|---|---|---|---|
| 519068831 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 20:50:18 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519067053 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 05 2024 20:45:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519014952 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 05 2024 20:45:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519067555 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 20:50:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519015726 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 20:49:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519014953 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jan 05 2024 20:46:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519065145 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2024 20:50:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519014954 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 05 2024 20:50:04 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519031481 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 05 2024 20:50:04 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Raymond C. Middleton nascondiglio@middlebrooksshapiro.com |
| Brian C. Nicholas | on behalf of Creditor CMG Mortgage Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 05, 2024 | Form ID: plncf13 | Total Noticed: 51

Jessica M. Minneci
    on behalf of Debtor Raymond C. Middleton jminneci@middlebrooksshapiro.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Debtor Raymond C. Middleton middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Regina Cohen
    on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8