MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

Re:  RAYMOND C. MIDDLETON                         Atty:  MELINDA MIDDLEBROOKS ESQ
917 WEST 5TH STREET                                      PO BOX 1630
PLAINFIELD, NJ  07063                                    BELMAR, NJ  07719-1630

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 20-22444

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $29,675.00

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2020 | $375.00 | 7280547000 | 01/04/2021 | $375.00 | 7351749000 |
| 02/03/2021 | $375.00 | 7427726000 | 03/02/2021 | $375.00 | 7492126000 |
| 04/02/2021 | $375.00 | 7569710000 | 05/03/2021 | $375.00 | 7643265000 |
| 06/02/2021 | $375.00 | 7709225000 | 07/06/2021 | $375.00 | 7787466000 |
| 07/13/2021 | $1,583.00 | 7806958000 | 08/03/2021 | $375.00 | 7854247000 |
| 09/03/2021 | $375.00 | 7924199000 | 10/04/2021 | $375.00 | 7993174000 |
| 11/02/2021 | $375.00 | 8054659000 | 12/03/2021 | $375.00 | 8122610000 |
| 03/21/2022 | $1,125.00 | 8352426000 | 04/04/2022 | $375.00 | 8379984000 |
| 05/02/2022 | $375.00 | 8442090000 | 06/06/2022 | $375.00 | 8513309000 |
| 07/11/2022 | $613.00 | 8581865000 | 09/19/2022 | $613.00 | 8716070000 |
| 10/03/2022 | $613.00 | 8745778000 | 11/07/2022 | $613.00 | 8813611000 |
| 02/03/2023 | $675.00 | 8976779000 | 03/06/2023 | $675.00 | 9036124000 |
| 04/06/2023 | $675.00 | 9097604000 | 05/04/2023 | $675.00 | 9149365000 |
| 06/05/2023 | $675.00 | 9207147000 | 07/05/2023 | $675.00 | 9258260000 |
| 07/14/2023 | $230.00 | 9273731000 | 08/08/2023 | $675.00 | 9317770000 |
| 12/04/2023 | $565.00 | 9514579000 | | | |

**Total Receipts: $16,680.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $16,680.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC | | | | | | |
| | 08/15/2022 | $22.50 | 895,649 | 08/15/2022 | $6.72 | 895,649 |
| | 11/14/2022 | $41.06 | 900,476 | 11/14/2022 | $12.28 | 900,476 |
| | 12/12/2022 | $20.34 | 902,050 | 12/12/2022 | $6.07 | 902,050 |
| | 03/13/2023 | $22.37 | 906,661 | 03/13/2023 | $6.69 | 906,661 |
| | 04/17/2023 | $22.36 | 908,226 | 04/17/2023 | $6.68 | 908,226 |
| | 06/12/2023 | $25.66 | 911,327 | 06/12/2023 | $7.67 | 911,327 |
| | 07/17/2023 | $22.14 | 912,844 | 07/17/2023 | $6.60 | 912,844 |

Case 20-22444-VFP    Doc 95    Filed 01/12/24    Entered 01/12/24 20:16:47    Desc Main
Document    Page 2 of 5

**Chapter 13 Case # 20-22444**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/14/2023 | $29.67 | 914,364 | | 08/14/2023 | $8.88 | 914,364 |
| | 09/18/2023 | $22.15 | 915,860 | | 09/18/2023 | $6.61 | 915,860 |
| **BMW FINANCIAL SERVICES** | | | | | | | |
| | 06/12/2023 | $9.83 | 911,636 | | 07/17/2023 | $8.49 | 913,154 |
| | 08/14/2023 | $11.37 | 914,670 | | 09/18/2023 | $8.48 | 916,169 |
| **BMW FINANCIAL SERVICES NA LLC** | | | | | | | |
| | 05/16/2022 | $1.61 | 890,954 | | 08/15/2022 | $8.62 | 895,941 |
| | 11/14/2022 | $15.75 | 900,784 | | 12/12/2022 | $7.78 | 902,336 |
| | 03/13/2023 | $8.57 | 906,968 | | 04/17/2023 | $8.58 | 908,549 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC** | | | | | | | |
| | 11/14/2022 | $9.47 | 900,320 | | 03/13/2023 | $6.36 | 906,527 |
| | 06/12/2023 | $7.15 | 911,203 | | 07/17/2023 | $5.44 | 913,166 |
| | 08/14/2023 | $7.29 | 914,685 | | 08/14/2023 | $7.72 | 914,685 |
| | 08/14/2023 | $8.43 | 914,685 | | 09/18/2023 | $5.43 | 916,182 |
| **BUREAUS INVESTMENT GRP PORTFOLIO NO 15 LLC** | | | | | | | |
| | 08/15/2022 | $5.53 | 895,952 | | 11/14/2022 | $10.34 | 900,794 |
| | 11/14/2022 | $10.09 | 900,794 | | 03/13/2023 | $6.95 | 906,977 |
| | 03/13/2023 | $10.49 | 906,977 | | 04/17/2023 | $5.49 | 908,560 |
| | 06/12/2023 | $7.82 | 911,649 | | 06/12/2023 | $6.30 | 911,649 |
| **CAPITAL ONE BANK (USA) NA** | | | | | | | |
| | 11/14/2022 | $12.64 | 900,808 | | 03/13/2023 | $8.49 | 906,989 |
| | 05/15/2023 | $5.14 | 910,195 | | 07/17/2023 | $8.80 | 913,180 |
| | 08/14/2023 | $5.91 | 914,698 | | | | |
| **CENLAR FSB** | | | | | | | |
| | 06/21/2021 | $29.71 | 872,212 | | 07/19/2021 | $120.52 | 874,010 |
| | 08/16/2021 | $629.27 | 875,692 | | 09/20/2021 | $120.52 | 877,423 |
| | 10/18/2021 | $120.52 | 879,202 | | 11/17/2021 | $121.80 | 880,908 |
| | 12/13/2021 | $121.80 | 882,542 | | 01/10/2022 | $121.80 | 884,198 |
| | 05/16/2022 | $462.86 | 891,007 | | 05/15/2023 | $538.00 | 910,216 |
| **DEPARTMENT STORES NATIONAL BANK** | | | | | | | |
| | 08/15/2022 | $22.63 | 896,055 | | 11/14/2022 | $41.30 | 900,900 |
| | 12/12/2022 | $20.45 | 902,445 | | 03/13/2023 | $22.50 | 907,080 |
| | 04/17/2023 | $22.49 | 908,684 | | 06/12/2023 | $25.81 | 911,757 |
| | 07/17/2023 | $22.27 | 913,278 | | 08/14/2023 | $29.84 | 914,796 |
| | 09/18/2023 | $22.29 | 916,292 | | | | |
| **DISCOVER BANK** | | | | | | | |
| | 11/14/2022 | $13.81 | 900,907 | | 03/13/2023 | $9.28 | 907,088 |
| | 05/15/2023 | $5.62 | 910,293 | | 07/17/2023 | $9.62 | 913,286 |
| | 08/14/2023 | $6.45 | 914,804 | | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 08/15/2022 | $14.39 | 8,003,001 | | 11/14/2022 | $26.29 | 8,003,147 |
| | 12/12/2022 | $13.00 | 8,003,203 | | 03/13/2023 | $14.32 | 8,003,366 |
| | 04/17/2023 | $14.31 | 8,003,420 | | 06/12/2023 | $16.41 | 8,003,528 |
| | 07/17/2023 | $14.16 | 8,003,583 | | 08/14/2023 | $18.99 | 8,003,640 |
| | 09/18/2023 | $14.17 | 8,003,693 | | | | |
| **KOHL'S PERITUS PORTFOLIO SERVICES II, LLC** | | | | | | | |
| | 11/14/2022 | $7.87 | 901,063 | | 03/13/2023 | $5.28 | 907,252 |
| | 06/12/2023 | $5.94 | 911,929 | | 08/14/2023 | $6.41 | 914,966 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 08/15/2022 | $14.26 | 895,685 | | 08/15/2022 | $12.55 | 895,685 |
| | 08/15/2022 | $11.43 | 895,685 | | 08/15/2022 | $11.28 | 895,685 |
| | 11/14/2022 | $26.05 | 900,509 | | 11/14/2022 | $22.91 | 900,509 |
| | 11/14/2022 | $20.90 | 900,509 | | 11/14/2022 | $20.60 | 900,509 |
| | 11/14/2022 | $8.30 | 900,509 | | 11/14/2022 | $9.01 | 900,509 |
| | 12/12/2022 | $11.34 | 902,083 | | 12/12/2022 | $10.33 | 902,083 |
| | 12/12/2022 | $10.19 | 902,083 | | 12/12/2022 | $12.88 | 902,083 |
| | 03/13/2023 | $14.19 | 906,694 | | 03/13/2023 | $12.48 | 906,694 |
| | 03/13/2023 | $11.38 | 906,694 | | 03/13/2023 | $11.22 | 906,694 |
| | 03/13/2023 | $5.57 | 906,694 | | 03/13/2023 | $6.05 | 906,694 |
| | 04/17/2023 | $14.18 | 908,260 | | 04/17/2023 | $12.48 | 908,260 |
| | 04/17/2023 | $11.37 | 908,260 | | 04/17/2023 | $11.23 | 908,260 |
| | 06/12/2023 | $16.25 | 911,355 | | 06/12/2023 | $14.31 | 911,355 |
| | 06/12/2023 | $13.04 | 911,355 | | 06/12/2023 | $12.86 | 911,355 |
| | 06/12/2023 | $6.27 | 911,355 | | 06/12/2023 | $6.80 | 911,355 |
| | 07/17/2023 | $12.34 | 912,872 | | 07/17/2023 | $11.25 | 912,872 |
| | 07/17/2023 | $11.10 | 912,872 | | 07/17/2023 | $14.05 | 912,872 |
| | 08/14/2023 | $18.81 | 914,392 | | 08/14/2023 | $16.56 | 914,392 |
| | 08/14/2023 | $15.10 | 914,392 | | 08/14/2023 | $14.88 | 914,392 |
| | 08/14/2023 | $6.76 | 914,392 | | 08/14/2023 | $7.34 | 914,392 |
| | 09/18/2023 | $12.36 | 915,886 | | 09/18/2023 | $11.25 | 915,886 |
| | 09/18/2023 | $11.11 | 915,886 | | 09/18/2023 | $14.02 | 915,886 |
| PINNACLE SERVICE SOLUTIONS LLC | | | | | | | |
| | 08/15/2022 | $24.00 | 896,417 | | 11/14/2022 | $43.85 | 901,246 |
| | 12/12/2022 | $21.67 | 902,797 | | 03/13/2023 | $23.88 | 907,443 |
| | 04/17/2023 | $23.87 | 909,064 | | 06/12/2023 | $27.37 | 912,120 |
| | 07/17/2023 | $23.62 | 913,633 | | 08/14/2023 | $31.66 | 915,141 |
| | 09/18/2023 | $23.64 | 916,642 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/15/2022 | $9.76 | 8,002,997 | | 08/15/2022 | $16.53 | 8,002,997 |
| | 08/15/2022 | $18.35 | 8,002,997 | | 11/14/2022 | $8.21 | 8,003,148 |
| | 11/14/2022 | $33.50 | 8,003,148 | | 11/14/2022 | $17.83 | 8,003,148 |
| | 11/14/2022 | $30.17 | 8,003,148 | | 12/12/2022 | $16.58 | 8,003,201 |
| | 12/12/2022 | $8.81 | 8,003,201 | | 12/12/2022 | $14.93 | 8,003,201 |
| | 03/13/2023 | $5.52 | 8,003,367 | | 03/13/2023 | $18.25 | 8,003,367 |
| | 03/13/2023 | $9.71 | 8,003,367 | | 03/13/2023 | $16.44 | 8,003,367 |
| | 04/17/2023 | $9.70 | 8,003,414 | | 04/17/2023 | $16.43 | 8,003,414 |
| | 04/17/2023 | $18.24 | 8,003,414 | | 06/12/2023 | $20.93 | 8,003,529 |
| | 06/12/2023 | $6.20 | 8,003,529 | | 06/12/2023 | $11.13 | 8,003,529 |
| | 06/12/2023 | $18.85 | 8,003,529 | | 07/17/2023 | $18.06 | 8,003,582 |
| | 07/17/2023 | $9.62 | 8,003,582 | | 07/17/2023 | $16.27 | 8,003,582 |
| | 08/14/2023 | $6.69 | 8,003,637 | | 08/14/2023 | $24.20 | 8,003,637 |
| | 08/14/2023 | $12.87 | 8,003,637 | | 08/14/2023 | $21.80 | 8,003,637 |
| | 09/18/2023 | $18.07 | 8,003,690 | | 09/18/2023 | $9.61 | 8,003,690 |
| | 09/18/2023 | $16.27 | 8,003,690 | | | | |
| RESURGENT CAPITAL SERVICES | | | | | | | |
| | 06/12/2023 | $12.88 | 912,162 | | 07/17/2023 | $11.12 | 913,681 |
| | 08/14/2023 | $14.90 | 915,180 | | 09/18/2023 | $11.13 | 916,692 |
| STATE OF NJ | | | | | | | |
| | 05/16/2022 | $93.72 | 891,732 | | 06/20/2022 | $361.88 | 893,478 |
| | 07/18/2022 | $311.97 | 895,104 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 08/15/2022 | $11.29 | 896,702 | | 11/14/2022 | $20.64 | 901,560 |
| | 12/12/2022 | $10.20 | 903,092 | | 03/13/2023 | $11.24 | 907,744 |
| | 04/17/2023 | $11.23 | 909,394 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 07/18/2022 | $29.82 | 895,273 | | 08/15/2022 | $353.49 | 896,817 |
| | 11/14/2022 | $699.36 | 901,678 | | 12/12/2022 | $346.12 | 903,202 |
| | 03/13/2023 | $381.07 | 907,854 | | 04/12/2023 | ($381.07) | 907,854 |
| | 04/17/2023 | $762.26 | 909,516 | | 05/10/2023 | ($762.26) | 909,516 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 03/13/2023 | $5.47 | 906,668 | | 08/14/2023 | $5.14 | 914,370 |
| WELLS FARGO BANK NA | | | | | | | |
| | 06/21/2021 | $57.16 | 873,226 | | 07/19/2021 | $231.88 | 874,934 |
| | 08/16/2021 | $1,210.70 | 876,645 | | 09/20/2021 | $231.88 | 878,440 |
| | 10/18/2021 | $231.88 | 880,166 | | 11/17/2021 | $234.34 | 881,831 |
| | 12/13/2021 | $234.34 | 883,475 | | 01/10/2022 | $234.34 | 885,121 |
| | 05/16/2022 | $890.52 | 891,934 | | 08/15/2022 | $18.96 | 896,861 |
| | 11/14/2022 | $34.64 | 901,721 | | 12/12/2022 | $17.13 | 903,239 |
| | 03/13/2023 | $18.86 | 907,894 | | 04/17/2023 | $18.86 | 909,557 |
| | 06/12/2023 | $21.63 | 912,556 | | 07/17/2023 | $18.66 | 914,082 |
| | 08/14/2023 | $25.02 | 915,550 | | 09/18/2023 | $18.68 | 917,082 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 985.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 4,567.49 | * | 246.49 | |
| 0002 | AMERICOLLECT | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CENLAR FSB | MORTGAGE ARRE | 1,848.80 | 100.00% | 1,848.80 | |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 908.07 | * | 49.01 | |
| 0005 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 1,121.96 | * | 56.06 | |
| 0006 | DEVRY/ADTALEM GLOBAL EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 992.18 | * | 53.54 | |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,594.00 | * | 247.93 | |
| 0009 | US DEPARTMENT OF EDUCATION | UNSECURED | 77,789.37 | * | 1,428.79 | |
| 0010 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 589.97 | * | 31.84 | |
| 0013 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,895.71 | * | 156.25 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,922.45 | * | 157.71 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,725.64 | * | 201.06 | |
| 0020 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 3,850.84 | * | 207.82 | |
| 0025 | BMW FINANCIAL SERVICES | VEHICLE SECURE | 1.61 | 100.00% | 1.61 | |
| 0026 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,547.89 | * | 137.51 | |
| 0027 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,322.41 | * | 125.33 | |
| 0028 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,290.70 | * | 123.62 | |
| 0029 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 596.23 | * | 32.17 | |
| 0031 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 647.28 | * | 34.93 | |
| 0032 | WELLS FARGO BANK NA | SECURED | 3,557.04 | 100.00% | 3,557.04 | |
| 0033 | BMW FINANCIAL SERVICES | UNSECURED | 1,750.44 | * | 94.46 | |
| 0034 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 1,364.80 | * | 73.65 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,981.85 | * | 106.95 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,355.68 | * | 181.09 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 235.09 | * | 10.61 | |
| 0038 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 680.38 | * | 36.72 | |
| 0039 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 743.24 | * | 40.11 | |
| 0040 | STATE OF NJ | PRIORITY | 767.57 | 100.00% | 767.57 | |

**Chapter 13 Case # 20-22444**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0041 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 4,873.95 | * | 263.03 | |
| 0042 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,293.78 | * | 123.79 | |
| 0043 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 565.12 | * | 30.50 | |
| 0044 | CENLAR FSB | (NEW) MTG Agree | 538.00 | 100.00% | 538.00 | |

**Total Paid: $13,949.65**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $16,680.00    -    Paid to Claims: $10,963.99    -    Admin Costs Paid: $2,985.66    =    Funds on Hand: $3,295.35

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.