Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 20−22444−VFP  
Chapter: 13  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond C. Middleton  
   917 West 5th Street  
   Plainfield, NJ 07063

Social Security No.:  
   xxx−xx−2903

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/1/24 at 10:00 AM

to consider and act upon the following:

*90* − Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: re: 917 West 5th Street Plainfield, NJ, 07063. Fee Amount $ 188. filed by Creditor CMG Mortgage, Inc., 68 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CMG Mortgage, Inc.. Objection deadline is 01/18/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*96* − Certification in Opposition to Creditor Default (related document:90 Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: re: 917 West 5th Street Plainfield, NJ, 07063. Fee Amount $ 188. filed by Creditor CMG Mortgage, Inc., 68 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CMG Mortgage, Inc.. Objection deadline is 01/18/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CMG Mortgage, Inc.) filed by Angela Nascondiglio Stein on behalf of Raymond C. Middleton. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 1/19/24

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court