| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>RAYMOND C. MIDDLETON | Case No.: 20-22444<br><br>Adv. No.:<br><br>Hearing Date:  06/20/2024<br><br>Judge:  VFP |

### CERTIFICATION OF SERVICE

1. I, Jeannine Van Sant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the  above captioned matter.

2. On, 05/01/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
RAYMOND C. MIDDLETON
917 WEST 5TH STREET
PLAINFIELD, NJ  07063
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630
Mode of Service:  ECF and/or Regular Mail

Dated:  May 01, 2024

By:  /S/  Jeannine Van Sant
Jeannine Van Sant