Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22444−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond C. Middleton
   917 West 5th Street
   Plainfield, NJ 07063

Social Security No.:
   xxx−xx−2903

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/24 at 10:00 AM

to consider and act upon the following:

*110* – Creditor's Certification of Default (related document:70 Order on Motion For Relief From Stay) filed by Regina Cohen on behalf of BMW Bank of North America. Objection deadline is 07/8/2024. (Attachments: # 1 Proposed Order # 2 Petition # 3 Exhibit A−E # 4 Certificate of Service) (Cohen, Regina)

*111* – Certification in Opposition to Creditor Default (related document:110 Creditor's Certification of Default (related document:70 Order on Motion For Relief From Stay) filed by Regina Cohen on behalf of BMW Bank of North America. Objection deadline is 07/8/2024. (Attachments: # 1 Proposed Order # 2 Petition # 3 Exhibit A−E # 4 Certificate of Service) filed by Creditor BMW Bank of North America) filed by Angela Nascondiglio Stein on behalf of Raymond C. Middleton. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 7/9/24

                                                                                  Jeanne Naughton
                                                                                  Clerk, U.S. Bankruptcy Court