UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Creditor

**IN RE:**

**RAYMOND C. MIDDLETON**

**Debtor**

Case No.: 20-22444-VFP

Chapter 13

Hearing Date: 08/15/2024 at 10:00 AM

Judge: Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled                  ☐ Withdrawn

Matter: Creditor's Certification of Default filed by BMW Bank of North America

DATE: 8/14/2024

/s/ Regina Cohen
Signature