| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue<br>Springfield, New Jersey 07081<br>Mailing Address: P. O. Box 1630<br>Belmar, New Jersey 07719-1630<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Attorneys for Chapter 13 Debtor | Order Filed on September 19, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RAYMOND MIDDLETON,<br><br>Chapter 13 Debtor. | Case No.: 20-22444-VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 19, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ ___11,855.00_____ for services rendered and expenses in the amount of $_____14.91_____ for a total of $____11,869.91_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____--_____ per month for ____--_____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary. Debtor retained firm and paid an initial retainer of $1,500.00 and filing fee of $310.00. Firm seeks payment of supplemental fees and expenses in the total sum of $11,869.91 consisting of $11,855.00 in supplemental fees and reimbursement of expenses in the sum of $14.91 to be paid outside the Chapter 13 Plan.

This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*