Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22444−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Raymond C. Middleton
 917 West 5th Street
 Plainfield, NJ 07063

Social Security No.:
 xxx−xx−2903

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 5, 2024.

On 10/08/2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: November 21, 2024
Time: 08:30 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 9, 2024
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-22444-VFP

Raymond C. Middleton  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4

Date Rcvd: Oct 09, 2024      Form ID: 185      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond C. Middleton, 917 West 5th Street, Plainfield, NJ 07063-1419 |
| 519014940 | + | DeVry/Adtalem Global Education, Attn: Bankruptcy, 500 West Monroe St, Ste 28, Chicago, IL 60661-3777 |
| 519014943 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2024 20:48:11 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2024 21:10:04 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2024 20:47:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519014935 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 09 2024 20:36:00 | Absolute Resolutions I, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519046552 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 09 2024 20:36:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519014936 | | Email/Text: ebn@americollect.com | Oct 09 2024 20:37:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 519018971 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2024 21:10:16 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519036678 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 09 2024 21:10:19 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 519018970 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2024 20:58:52 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519066776 | | Email/Text: bnc-thebureaus@quantum3group.com | Oct 09 2024 20:36:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519066519 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 09 2024 20:36:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, |

| | | | | |
|---|---|---|---|---|
| | | | | Ewing, NJ 08618 |
| 519014938 | | ^ MEBN | Oct 09 2024 20:34:43 | CMG Financial, PO Box 77404, Trenton, NJ 08628-6404 |
| 519014937 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2024 20:58:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519024236 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 20:47:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519014939 | | ^ MEBN | Oct 09 2024 20:34:11 | D&A Services, LLC, 1400 E. Touhy Ave, Ste. G2, Des Plaines, IL 60018-3338 |
| 519014942 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2024 20:48:12 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 519035775 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2024 20:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519026188 | | Email/Text: mrdiscen@discover.com | Oct 09 2024 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519014941 | + | Email/Text: mrdiscen@discover.com | Oct 09 2024 20:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519014944 | | ^ MEBN | Oct 09 2024 20:35:23 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 519014945 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2024 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519071255 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 09 2024 20:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519014946 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 09 2024 20:36:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519924424 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 20:59:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519924425 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 20:58:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519014947 | + | Email/Text: ClericalSupport@tenagliahunt.com | Oct 09 2024 20:36:00 | Macy's, c/o Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519023458 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2024 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519014949 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2024 20:37:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519014948 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2024 20:37:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519014950 | + | Email/Text: bnc@nordstrom.com | Oct 09 2024 20:36:48 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519056888 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2024 20:37:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519014951 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2024 20:48:09 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519056801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2024 20:59:36 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 519060898 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2024 20:47:33 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519062807 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2024 20:59:00 | Portfolio Recovery Associates, LLC, c/o Dmb, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 185 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk VA 23541 |
| 519058317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2024 21:10:04 | Portfolio Recovery Associates, LLC, c/o GAP, POB 41067, Norfolk, VA 23541 |
| 519068831 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 20:47:34 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519067053 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 09 2024 20:36:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519014952 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 09 2024 20:36:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519067555 | ^ | MEBN | Oct 09 2024 20:36:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519015726 | ^ | MEBN | Oct 09 2024 20:36:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519014953 | + | Email/Text: bnc-thebureaus@quantum3group.com | Oct 09 2024 20:36:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519028618 | ^ | MEBN | Oct 09 2024 20:36:11 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519065145 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 21:09:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519014954 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 09 2024 21:09:59 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519031481 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 09 2024 21:10:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

**Name**             **Email Address**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 09, 2024 | Form ID: 185 | Total Noticed: 51

Angela Nascondiglio Stein
    on behalf of Debtor Raymond C. Middleton nascondiglio@middlebrooksshapiro.com

Denise E. Carlon
    on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
    on behalf of Debtor Raymond C. Middleton jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Debtor Raymond C. Middleton middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Regina Cohen
    on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7