Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22444−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond C. Middleton
   917 West 5th Street
   Plainfield, NJ 07063

Social Security No.:
   xxx−xx−2903

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 22, 2024.

Dated: November 22, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Raymond C. Middleton  
    Debtor

Case No. 20-22444-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 22, 2024      Form ID: plncf13      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond C. Middleton, 917 West 5th Street, Plainfield, NJ 07063-1419 |
| 519014940 | + | DeVry/Adtalem Global Education, Attn: Bankruptcy, 500 West Monroe St, Ste 28, Chicago, IL 60661-3777 |
| 519014943 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2024 20:50:39 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2024 20:37:59 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 20:50:07 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519014935 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 22 2024 20:33:00 | Absolute Resolutions I, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 519046552 | | Email/Text: Bankruptcy@absoluteresolutions.com | Nov 22 2024 20:33:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 519014936 | | Email/Text: ebn@americollect.com | Nov 22 2024 20:35:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 519018971 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2024 20:50:06 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519036678 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 22 2024 20:38:01 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 519018970 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2024 20:37:05 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519066776 | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 22 2024 20:34:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519066519 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 22 2024 20:34:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, |

Case 20-22444-VFP    Doc 129    Filed 11/24/24    Entered 11/25/24 01:01:36    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: plncf13 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Ewing, NJ 08618 |
| 519014938 | | ^ MEBN | Nov 22 2024 20:27:31 | CMG Financial, PO Box 77404, Trenton, NJ 08628-6404 |
| 519014937 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2024 20:37:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519024236 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2024 20:48:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519014939 | | ^ MEBN | Nov 22 2024 20:26:00 | D&A Services, LLC, 1400 E. Touhy Ave, Ste. G2, Des Plaines, IL 60018-3338 |
| 519014942 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2024 20:38:02 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 519035775 | | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2024 20:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519026188 | | Email/Text: mrdiscen@discover.com | Nov 22 2024 20:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519014941 | + | Email/Text: mrdiscen@discover.com | Nov 22 2024 20:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519014944 | | ^ MEBN | Nov 22 2024 20:26:48 | Financial Recoveries, Attn: Bankruptcy, 200 East Park Dr Ste 100, Mount Lurel, NJ 08054-1297 |
| 519014945 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2024 20:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519071255 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 22 2024 20:33:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519014946 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 22 2024 20:33:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519924424 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:06 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519924425 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519014947 | + | Email/Text: ClericalSupport@tenagliahunt.com | Nov 22 2024 20:34:00 | Macy's, c/o Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519023458 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2024 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519014949 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2024 20:35:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519014948 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2024 20:35:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519014950 | + | Email/Text: bnc@nordstrom.com | Nov 22 2024 20:34:34 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519056888 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2024 20:35:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519014951 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 20:38:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519056801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 20:37:34 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 519060898 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 20:49:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519062807 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 21:01:39 | Portfolio Recovery Associates, LLC, c/o Dmb, |

Case 20-22444-VFP    Doc 129    Filed 11/24/24    Entered 11/25/24 01:01:36    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 22, 2024 | Form ID: plncf13 | Total Noticed: 51 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | POB 41067, Norfolk VA 23541 |
| 519058317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 21:13:07 | Portfolio Recovery Associates, LLC, c/o GAP, POB 41067, Norfolk, VA 23541 |
| 519068831 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:34 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519067053 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 22 2024 20:33:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519014952 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 22 2024 20:33:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519067555 | ^ | MEBN | Nov 22 2024 20:27:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519015726 | ^ | MEBN | Nov 22 2024 20:27:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519014953 | + | Email/Text: bnc-thebureaus@quantum3group.com | Nov 22 2024 20:34:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519028618 | ^ | MEBN | Nov 22 2024 20:27:33 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519065145 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2024 20:49:50 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519014954 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 22 2024 20:37:34 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519031481 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 22 2024 20:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

District/off: 0312-2     User: admin     Page 4 of 4

Date Rcvd: Nov 22, 2024     Form ID: plncf13     Total Noticed: 51

Angela Nascondiglio Stein
    on behalf of Debtor Raymond C. Middleton astein@meyner.com

Denise E. Carlon
    on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
    on behalf of Debtor Raymond C. Middleton jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Debtor Raymond C. Middleton middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Regina Cohen
    on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7