Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22444−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond C. Middleton
   917 West 5th Street
   Plainfield, NJ 07063

Social Security No.:
   xxx−xx−2903

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/25 at 10:00 AM

to consider and act upon the following:

*130* – Creditor's Certification of Default (related document:102 Order (Generic)) filed by Denise E. Carlon on behalf of CMG Mortgage, Inc.. Objection deadline is 12/17/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*131* – Certification in Opposition to (related document:130 Creditor's Certification of Default (related document:102 Order (Generic)) filed by Denise E. Carlon on behalf of CMG Mortgage, Inc.. Objection deadline is 12/17/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CMG Mortgage, Inc.) filed by Jessica M. Minneci on behalf of Raymond C. Middleton. (Minneci, Jessica)

Dated: 12/18/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court