MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

Re:  RAYMOND C. MIDDLETON    Atty:  MELINDA MIDDLEBROOKS ESQ
917 WEST 5TH STREET    PO BOX 1630
PLAINFIELD, NJ  07063    BELMAR, NJ  07719-1630

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 20-22444

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $38,578.00

### RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2020 | $375.00 | 7280547000 | 01/04/2021 | $375.00 | 7351749000 |
| 02/03/2021 | $375.00 | 7427726000 | 03/02/2021 | $375.00 | 7492126000 |
| 04/02/2021 | $375.00 | 7569710000 | 05/03/2021 | $375.00 | 7643265000 |
| 06/02/2021 | $375.00 | 7709225000 | 07/06/2021 | $375.00 | 7787466000 |
| 07/13/2021 | $1,583.00 | 7806958000 | 08/03/2021 | $375.00 | 7854247000 |
| 09/03/2021 | $375.00 | 7924199000 | 10/04/2021 | $375.00 | 7993174000 |
| 11/02/2021 | $375.00 | 8054659000 | 12/03/2021 | $375.00 | 8122610000 |
| 03/21/2022 | $1,125.00 | 8352426000 | 04/04/2022 | $375.00 | 8379984000 |
| 05/02/2022 | $375.00 | 8442090000 | 06/06/2022 | $375.00 | 8513309000 |
| 07/11/2022 | $613.00 | 8581865000 | 09/19/2022 | $613.00 | 8716070000 |
| 10/03/2022 | $613.00 | 8745778000 | 11/07/2022 | $613.00 | 8813611000 |
| 02/03/2023 | $675.00 | 8976779000 | 03/06/2023 | $675.00 | 9036124000 |
| 04/06/2023 | $675.00 | 9097604000 | 05/04/2023 | $675.00 | 9149365000 |
| 06/05/2023 | $675.00 | 9207147000 | 07/05/2023 | $675.00 | 9258260000 |
| 07/14/2023 | $230.00 | 9273731000 | 08/08/2023 | $675.00 | 9317770000 |
| 12/04/2023 | $565.00 | 9514579000 | 01/02/2024 | $565.00 | 9561930000 |
| 02/02/2024 | $565.00 | 9614933000 | 03/04/2024 | $646.00 | 9665686000 |
| 04/03/2024 | $646.00 | 9715942000 | 05/06/2024 | $646.00 | 9771931000 |
| 06/03/2024 | $646.00 | 9814190000 | 07/05/2024 | $646.00 | 9866634000 |
| 08/05/2024 | $646.00 | 9915969000 | 09/06/2024 | $646.00 | 9965275000 |
| 10/04/2024 | $646.00 | 1001045200 | 11/04/2024 | $1,200.00 | 1005850000 |
| 12/09/2024 | $1,200.00 | 1011141800 | | | |

**Total Receipts:  $25,378.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $25,378.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 20-22444**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC | | | | | | | |
| | 08/15/2022 | $22.50 | 895,649 | | 08/15/2022 | $6.72 | 895,649 |
| | 11/14/2022 | $41.06 | 900,476 | | 11/14/2022 | $12.28 | 900,476 |
| | 12/12/2022 | $20.34 | 902,050 | | 12/12/2022 | $6.07 | 902,050 |
| | 03/13/2023 | $22.37 | 906,661 | | 03/13/2023 | $6.69 | 906,661 |
| | 04/17/2023 | $22.36 | 908,226 | | 04/17/2023 | $6.68 | 908,226 |
| | 06/12/2023 | $25.66 | 911,327 | | 06/12/2023 | $7.67 | 911,327 |
| | 07/17/2023 | $22.14 | 912,844 | | 07/17/2023 | $6.60 | 912,844 |
| | 08/14/2023 | $29.67 | 914,364 | | 08/14/2023 | $8.88 | 914,364 |
| | 09/18/2023 | $22.15 | 915,860 | | 09/18/2023 | $6.61 | 915,860 |
| | 01/08/2024 | $18.24 | 921,612 | | 01/08/2024 | $5.45 | 921,612 |
| | 05/10/2024 | $11.49 | 927,313 | | 06/17/2024 | $20.87 | 928,682 |
| | 06/17/2024 | $9.67 | 928,682 | | 07/15/2024 | $20.84 | 930,186 |
| | 07/15/2024 | $6.23 | 930,186 | | 08/19/2024 | $21.53 | 931,582 |
| | 08/19/2024 | $6.43 | 931,582 | | 09/16/2024 | $21.53 | 933,069 |
| | 09/16/2024 | $6.44 | 933,069 | | 10/21/2024 | $21.53 | 934,425 |
| | 10/21/2024 | $6.43 | 934,425 | | 11/18/2024 | $21.30 | 935,918 |
| | 11/18/2024 | $6.36 | 935,918 | | | | |
| BMW FINANCIAL SERVICES | | | | | | | |
| | 06/12/2023 | $9.83 | 911,636 | | 07/17/2023 | $8.49 | 913,154 |
| | 08/14/2023 | $11.37 | 914,670 | | 09/18/2023 | $8.48 | 916,169 |
| | 01/08/2024 | $6.99 | 921,896 | | 06/17/2024 | $12.40 | 929,011 |
| | 07/15/2024 | $7.99 | 930,495 | | 08/19/2024 | $8.25 | 931,911 |
| | 09/16/2024 | $8.26 | 933,371 | | 10/21/2024 | $8.24 | 934,772 |
| | 11/18/2024 | $8.17 | 936,256 | | 12/16/2024 | $6,281.67 | 937,641 |
| BMW FINANCIAL SERVICES NA LLC | | | | | | | |
| | 05/16/2022 | $1.61 | 890,954 | | 08/15/2022 | $8.62 | 895,941 |
| | 11/14/2022 | $15.75 | 900,784 | | 12/12/2022 | $7.78 | 902,336 |
| | 03/13/2023 | $8.57 | 906,968 | | 04/17/2023 | $8.58 | 908,549 |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | | |
| | 11/14/2022 | $9.47 | 900,320 | | 03/13/2023 | $6.36 | 906,527 |
| | 06/12/2023 | $7.15 | 911,203 | | 07/17/2023 | $5.44 | 913,166 |
| | 08/14/2023 | $7.29 | 914,685 | | 08/14/2023 | $7.72 | 914,685 |
| | 08/14/2023 | $8.43 | 914,685 | | 09/18/2023 | $5.43 | 916,182 |
| | 01/08/2024 | $6.02 | 921,906 | | 01/08/2024 | $6.57 | 921,906 |
| | 05/10/2024 | $7.31 | 927,620 | | 06/17/2024 | $5.13 | 929,022 |
| | 06/17/2024 | $5.27 | 929,022 | | 07/15/2024 | $5.12 | 930,506 |
| | 07/15/2024 | $7.92 | 930,506 | | 08/19/2024 | $5.28 | 931,923 |
| | 08/19/2024 | $6.89 | 931,923 | | 09/16/2024 | $5.29 | 933,382 |
| | 09/16/2024 | $6.42 | 933,382 | | 10/21/2024 | $5.29 | 934,784 |
| | 10/21/2024 | $7.01 | 934,784 | | 11/18/2024 | $5.24 | 936,268 |
| | 11/18/2024 | $6.38 | 936,268 | | | | |
| BUREAUS INVESTMENT GRP PORTFOLIO NO 15 LLC | | | | | | | |
| | 08/15/2022 | $5.53 | 895,952 | | 11/14/2022 | $10.34 | 900,794 |
| | 11/14/2022 | $10.09 | 900,794 | | 03/13/2023 | $6.95 | 906,977 |
| | 03/13/2023 | $10.49 | 906,977 | | 04/17/2023 | $5.49 | 908,560 |
| | 06/12/2023 | $7.82 | 911,649 | | 06/12/2023 | $6.30 | 911,649 |
| CAPITAL ONE BANK NA | | | | | | | |
| | 11/14/2022 | $12.64 | 900,808 | | 03/13/2023 | $8.49 | 906,989 |
| | 05/15/2023 | $5.14 | 910,195 | | 07/17/2023 | $8.80 | 913,180 |
| | 08/14/2023 | $5.91 | 914,698 | | 01/08/2024 | $8.03 | 921,915 |
| | 06/17/2024 | $6.43 | 929,035 | | 08/19/2024 | $8.43 | 931,934 |
| | 10/21/2024 | $8.55 | 934,796 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | | |
| | 06/21/2021 | $29.71 | 872,212 | | 07/19/2021 | $120.52 | 874,010 |
| | 08/16/2021 | $629.27 | 875,692 | | 09/20/2021 | $120.52 | 877,423 |
| | 10/18/2021 | $120.52 | 879,202 | | 11/17/2021 | $121.80 | 880,908 |
| | 12/13/2021 | $121.80 | 882,542 | | 01/10/2022 | $121.80 | 884,198 |
| | 05/16/2022 | $462.86 | 891,007 | | 05/15/2023 | $538.00 | 910,216 |
| | 02/12/2024 | $200.00 | 923,291 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 08/15/2022 | $22.63 | 896,055 | | 11/14/2022 | $41.30 | 900,900 |
| | 12/12/2022 | $20.45 | 902,445 | | 03/13/2023 | $22.50 | 907,080 |
| | 04/17/2023 | $22.49 | 908,684 | | 06/12/2023 | $25.81 | 911,757 |
| | 07/17/2023 | $22.27 | 913,278 | | 08/14/2023 | $29.84 | 914,796 |
| | 09/18/2023 | $22.29 | 916,292 | | 01/08/2024 | $18.35 | 922,009 |
| | 05/10/2024 | $11.56 | 927,728 | | 06/17/2024 | $20.98 | 929,141 |
| | 07/15/2024 | $20.96 | 930,608 | | 08/19/2024 | $21.65 | 932,033 |
| | 09/16/2024 | $21.66 | 933,482 | | 10/21/2024 | $21.65 | 934,892 |
| | 11/18/2024 | $21.43 | 936,370 | | | | |
| DISCOVER BANK | | | | | | | |
| | 11/14/2022 | $13.81 | 900,907 | | 03/13/2023 | $9.28 | 907,088 |
| | 05/15/2023 | $5.62 | 910,293 | | 07/17/2023 | $9.62 | 913,286 |
| | 08/14/2023 | $6.45 | 914,804 | | 01/08/2024 | $8.76 | 922,014 |
| | 06/17/2024 | $7.03 | 929,149 | | 08/19/2024 | $9.21 | 932,041 |
| | 10/21/2024 | $9.35 | 934,900 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 08/15/2022 | $14.39 | 8,003,001 | | 11/14/2022 | $26.29 | 8,003,147 |
| | 12/12/2022 | $13.00 | 8,003,203 | | 03/13/2023 | $14.32 | 8,003,366 |
| | 04/17/2023 | $14.31 | 8,003,420 | | 06/12/2023 | $16.41 | 8,003,528 |
| | 07/17/2023 | $14.16 | 8,003,583 | | 08/14/2023 | $18.99 | 8,003,640 |
| | 09/18/2023 | $14.17 | 8,003,693 | | 01/08/2024 | $11.67 | 8,003,910 |
| | 05/10/2024 | $7.36 | 8,004,083 | | 06/17/2024 | $13.35 | 8,004,127 |
| | 07/15/2024 | $13.33 | 8,004,172 | | 08/19/2024 | $13.78 | 8,004,211 |
| | 09/16/2024 | $13.78 | 8,004,253 | | 10/21/2024 | $13.77 | 8,004,292 |
| | 11/18/2024 | $13.61 | 8,004,335 | | | | |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 11/14/2022 | $7.87 | 901,063 | | 03/13/2023 | $5.28 | 907,252 |
| | 06/12/2023 | $5.94 | 911,929 | | 08/14/2023 | $6.41 | 914,966 |
| | 01/08/2024 | $5.00 | 922,168 | | 07/15/2024 | $6.58 | 930,764 |
| | 09/16/2024 | $5.33 | 933,631 | | 11/18/2024 | $5.29 | 936,526 |

**Chapter 13 Case # 20-22444**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 08/15/2022 | $14.26 | 895,685 | | 08/15/2022 | $12.55 | 895,685 |
| | 08/15/2022 | $11.43 | 895,685 | | 08/15/2022 | $11.28 | 895,685 |
| | 11/14/2022 | $26.05 | 900,509 | | 11/14/2022 | $22.91 | 900,509 |
| | 11/14/2022 | $20.90 | 900,509 | | 11/14/2022 | $20.60 | 900,509 |
| | 11/14/2022 | $8.30 | 900,509 | | 11/14/2022 | $9.01 | 900,509 |
| | 12/12/2022 | $11.34 | 902,083 | | 12/12/2022 | $10.33 | 902,083 |
| | 12/12/2022 | $10.19 | 902,083 | | 12/12/2022 | $12.88 | 902,083 |
| | 03/13/2023 | $14.19 | 906,694 | | 03/13/2023 | $12.48 | 906,694 |
| | 03/13/2023 | $11.38 | 906,694 | | 03/13/2023 | $11.22 | 906,694 |
| | 03/13/2023 | $5.57 | 906,694 | | 03/13/2023 | $6.05 | 906,694 |
| | 04/17/2023 | $14.18 | 908,260 | | 04/17/2023 | $12.48 | 908,260 |
| | 04/17/2023 | $11.37 | 908,260 | | 04/17/2023 | $11.23 | 908,260 |
| | 06/12/2023 | $16.25 | 911,355 | | 06/12/2023 | $14.31 | 911,355 |
| | 06/12/2023 | $13.04 | 911,355 | | 06/12/2023 | $12.86 | 911,355 |
| | 06/12/2023 | $6.27 | 911,355 | | 06/12/2023 | $6.80 | 911,355 |
| | 07/17/2023 | $12.34 | 912,872 | | 07/17/2023 | $11.25 | 912,872 |
| | 07/17/2023 | $11.10 | 912,872 | | 07/17/2023 | $14.05 | 912,872 |
| | 08/14/2023 | $18.81 | 914,392 | | 08/14/2023 | $16.56 | 914,392 |
| | 08/14/2023 | $15.10 | 914,392 | | 08/14/2023 | $14.88 | 914,392 |
| | 08/14/2023 | $6.76 | 914,392 | | 08/14/2023 | $7.34 | 914,392 |
| | 09/18/2023 | $12.36 | 915,886 | | 09/18/2023 | $11.25 | 915,886 |
| | 09/18/2023 | $11.11 | 915,886 | | 09/18/2023 | $14.02 | 915,886 |
| | 01/08/2024 | $10.18 | 921,632 | | 01/08/2024 | $9.28 | 921,632 |
| | 01/08/2024 | $9.15 | 921,632 | | 01/08/2024 | $5.27 | 921,632 |
| | 01/08/2024 | $5.73 | 921,632 | | 01/08/2024 | $11.56 | 921,632 |
| | 05/10/2024 | $7.32 | 927,335 | | 05/10/2024 | $6.41 | 927,335 |
| | 05/10/2024 | $5.84 | 927,335 | | 05/10/2024 | $5.76 | 927,335 |
| | 06/17/2024 | $11.62 | 928,705 | | 06/17/2024 | $10.61 | 928,705 |
| | 06/17/2024 | $10.47 | 928,705 | | 06/17/2024 | $13.20 | 928,705 |
| | 07/15/2024 | $11.63 | 930,205 | | 07/15/2024 | $10.61 | 930,205 |
| | 07/15/2024 | $10.45 | 930,205 | | 07/15/2024 | $6.96 | 930,205 |
| | 07/15/2024 | $7.54 | 930,205 | | 07/15/2024 | $13.23 | 930,205 |
| | 08/19/2024 | $12.02 | 931,603 | | 08/19/2024 | $10.94 | 931,603 |
| | 08/19/2024 | $10.80 | 931,603 | | 08/19/2024 | $13.65 | 931,603 |
| | 09/16/2024 | $12.01 | 933,088 | | 09/16/2024 | $10.95 | 933,088 |
| | 09/16/2024 | $10.80 | 933,088 | | 09/16/2024 | $5.61 | 933,088 |
| | 09/16/2024 | $6.10 | 933,088 | | 09/16/2024 | $13.64 | 933,088 |
| | 10/21/2024 | $13.65 | 934,445 | | 10/21/2024 | $12.01 | 934,445 |
| | 10/21/2024 | $10.94 | 934,445 | | 10/21/2024 | $10.80 | 934,445 |
| | 11/18/2024 | $11.87 | 935,937 | | 11/18/2024 | $10.84 | 935,937 |
| | 11/18/2024 | $10.67 | 935,937 | | 11/18/2024 | $5.60 | 935,937 |
| | 11/18/2024 | $6.08 | 935,937 | | 11/18/2024 | $13.51 | 935,937 |
| PINNACLE SERVICE SOLUTIONS LLC | | | | | | | |
| | 08/15/2022 | $24.00 | 896,417 | | 11/14/2022 | $43.85 | 901,246 |
| | 12/12/2022 | $21.67 | 902,797 | | 03/13/2023 | $23.88 | 907,443 |
| | 04/17/2023 | $23.87 | 909,064 | | 06/12/2023 | $27.37 | 912,120 |
| | 07/17/2023 | $23.62 | 913,633 | | 08/14/2023 | $31.66 | 915,141 |
| | 09/18/2023 | $23.64 | 916,642 | | 01/08/2024 | $19.47 | 922,322 |
| | 05/10/2024 | $12.26 | 928,040 | | 06/17/2024 | $22.27 | 929,502 |
| | 07/15/2024 | $22.24 | 930,925 | | 08/19/2024 | $22.98 | 932,387 |
| | 09/16/2024 | $22.96 | 933,788 | | 10/21/2024 | $22.98 | 935,244 |
| | 11/18/2024 | $22.73 | 936,683 | | | | |

**Chapter 13 Case # 20-22444**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/15/2022 | $9.76 | 8,002,997 | | 08/15/2022 | $16.53 | 8,002,997 |
| | 08/15/2022 | $18.35 | 8,002,997 | | 11/14/2022 | $8.21 | 8,003,148 |
| | 11/14/2022 | $33.50 | 8,003,148 | | 11/14/2022 | $17.83 | 8,003,148 |
| | 11/14/2022 | $30.17 | 8,003,148 | | 12/12/2022 | $16.58 | 8,003,201 |
| | 12/12/2022 | $8.81 | 8,003,201 | | 12/12/2022 | $14.93 | 8,003,201 |
| | 03/13/2023 | $5.52 | 8,003,367 | | 03/13/2023 | $18.25 | 8,003,367 |
| | 03/13/2023 | $9.71 | 8,003,367 | | 03/13/2023 | $16.44 | 8,003,367 |
| | 04/17/2023 | $9.70 | 8,003,414 | | 04/17/2023 | $16.43 | 8,003,414 |
| | 04/17/2023 | $18.24 | 8,003,414 | | 06/12/2023 | $20.93 | 8,003,529 |
| | 06/12/2023 | $6.20 | 8,003,529 | | 06/12/2023 | $11.13 | 8,003,529 |
| | 06/12/2023 | $18.85 | 8,003,529 | | 07/17/2023 | $18.06 | 8,003,582 |
| | 07/17/2023 | $9.62 | 8,003,582 | | 07/17/2023 | $16.27 | 8,003,582 |
| | 08/14/2023 | $6.69 | 8,003,637 | | 08/14/2023 | $24.20 | 8,003,637 |
| | 08/14/2023 | $12.87 | 8,003,637 | | 08/14/2023 | $21.80 | 8,003,637 |
| | 09/18/2023 | $18.07 | 8,003,690 | | 09/18/2023 | $9.61 | 8,003,690 |
| | 09/18/2023 | $16.27 | 8,003,690 | | 01/08/2024 | $14.88 | 8,003,906 |
| | 01/08/2024 | $5.22 | 8,003,906 | | 01/08/2024 | $7.91 | 8,003,906 |
| | 01/08/2024 | $13.40 | 8,003,906 | | 05/10/2024 | $9.37 | 8,004,082 |
| | 05/10/2024 | $5.00 | 8,004,082 | | 05/10/2024 | $8.44 | 8,004,082 |
| | 06/17/2024 | $17.02 | 8,004,126 | | 06/17/2024 | $9.04 | 8,004,126 |
| | 06/17/2024 | $15.33 | 8,004,126 | | 07/15/2024 | $6.87 | 8,004,169 |
| | 07/15/2024 | $17.01 | 8,004,169 | | 07/15/2024 | $9.05 | 8,004,169 |
| | 07/15/2024 | $15.32 | 8,004,169 | | 08/19/2024 | $17.55 | 8,004,210 |
| | 08/19/2024 | $9.34 | 8,004,210 | | 08/19/2024 | $15.81 | 8,004,210 |
| | 09/16/2024 | $5.56 | 8,004,251 | | 09/16/2024 | $9.34 | 8,004,251 |
| | 09/16/2024 | $15.82 | 8,004,251 | | 09/16/2024 | $17.56 | 8,004,251 |
| | 10/21/2024 | $17.57 | 8,004,295 | | 10/21/2024 | $9.34 | 8,004,295 |
| | 10/21/2024 | $15.82 | 8,004,295 | | 11/18/2024 | $5.54 | 8,004,336 |
| | 11/18/2024 | $9.24 | 8,004,336 | | 11/18/2024 | $15.65 | 8,004,336 |
| | 11/18/2024 | $17.35 | 8,004,336 | | | | |
| RESURGENT CAPITAL SERVICES | | | | | | | |
| | 06/12/2023 | $12.88 | 912,162 | | 07/17/2023 | $11.12 | 913,681 |
| | 08/14/2023 | $14.90 | 915,180 | | 09/18/2023 | $11.13 | 916,692 |
| | 01/08/2024 | $9.16 | 922,358 | | 05/10/2024 | $5.77 | 928,074 |
| | 06/17/2024 | $10.48 | 929,537 | | 07/15/2024 | $10.47 | 930,960 |
| | 08/19/2024 | $10.81 | 932,421 | | 09/16/2024 | $10.80 | 933,825 |
| | 10/21/2024 | $10.82 | 935,284 | | 11/18/2024 | $10.69 | 936,722 |
| STATE OF NJ | | | | | | | |
| | 05/16/2022 | $93.72 | 891,732 | | 06/20/2022 | $361.88 | 893,478 |
| | 07/18/2022 | $311.97 | 895,104 | | 02/12/2024 | $1,700.00 | 923,909 |
| SYNCHRONY BANK | | | | | | | |
| | 08/15/2022 | $11.29 | 896,702 | | 11/14/2022 | $20.64 | 901,560 |
| | 12/12/2022 | $10.20 | 903,092 | | 03/13/2023 | $11.24 | 907,744 |
| | 04/17/2023 | $11.23 | 909,394 | | | | |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 07/18/2022 | $29.82 | 895,273 | | 08/15/2022 | $353.49 | 896,817 |
| | 11/14/2022 | $699.36 | 901,678 | | 12/12/2022 | $346.12 | 903,202 |
| | 03/13/2023 | $381.07 | 907,854 | | 04/12/2023 | ($381.07) | 907,854 |
| | 04/17/2023 | $762.26 | 909,516 | | 05/10/2023 | ($762.26) | 909,516 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 03/13/2023 | $5.47 | 906,668 | | 08/14/2023 | $5.14 | 914,370 |
| | 08/19/2024 | $5.92 | 931,589 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | | |
| | 06/21/2021 | $57.16 | 873,226 | | 07/19/2021 | $231.88 | 874,934 |
| | 08/16/2021 | $1,210.70 | 876,645 | | 09/20/2021 | $231.88 | 878,440 |
| | 10/18/2021 | $231.88 | 880,166 | | 11/17/2021 | $234.34 | 881,831 |
| | 12/13/2021 | $234.34 | 883,475 | | 01/10/2022 | $234.34 | 885,121 |
| | 05/16/2022 | $890.52 | 891,934 | | 08/15/2022 | $18.96 | 896,861 |
| | 11/14/2022 | $34.64 | 901,721 | | 12/12/2022 | $17.13 | 903,239 |
| | 03/13/2023 | $18.86 | 907,894 | | 04/17/2023 | $18.86 | 909,557 |
| | 06/12/2023 | $21.63 | 912,556 | | 07/17/2023 | $18.66 | 914,082 |
| | 08/14/2023 | $25.02 | 915,550 | | 09/18/2023 | $18.68 | 917,082 |
| | 01/08/2024 | $15.38 | 922,705 | | 05/10/2024 | $9.69 | 928,442 |
| | 06/17/2024 | $17.58 | 929,959 | | 07/15/2024 | $17.58 | 931,328 |
| | 08/19/2024 | $18.15 | 932,838 | | 09/16/2024 | $18.15 | 934,191 |
| | 10/21/2024 | $18.15 | 935,702 | | 11/18/2024 | $17.96 | 937,102 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,589.24 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 4,567.49 | * | 385.58 | |
| 0002 | AMERICOLLECT | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CENLAR FSB | MORTGAGE ARR | 1,848.80 | 100.00% | 1,848.80 | |
| 0004 | CAPITAL ONE BANK NA | UNSECURED | 908.07 | * | 72.42 | |
| 0005 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 1,121.96 | * | 94.72 | |
| 0006 | DEVRY/ADTALEM GLOBAL EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 992.18 | * | 79.13 | |
| 0008 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,594.00 | * | 387.82 | |
| 0009 | US DEPARTMENT OF EDUCATION | UNSECURED | 77,789.37 | * | 1,428.79 | |
| 0010 | FINANCIAL RECOVERIES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 589.97 | * | 49.81 | |
| 0013 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,895.71 | * | 244.45 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,922.45 | * | 246.69 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,725.64 | * | 314.49 | |
| 0020 | THE BUREAUS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | WELLS FARGO BANK NA | UNSECURED | 3,850.84 | * | 325.08 | |
| 0025 | BMW FINANCIAL SERVICES | VEHICLE SECURE | 10,544.38 | 100.00% | 7,411.28 | |
| 0026 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,547.89 | * | 215.08 | |
| 0027 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,322.41 | * | 196.06 | |
| 0028 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,290.70 | * | 193.37 | |
| 0029 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 596.23 | * | 50.34 | |
| 0031 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 647.28 | * | 54.65 | |
| 0032 | WELLS FARGO BANK NA | SECURED | 3,557.04 | 100.00% | 3,557.04 | |
| 0033 | BMW FINANCIAL SERVICES | UNSECURED | 1,750.44 | * | 147.77 | |
| 0034 | ABSOLUTE RESOLUTIONS INVESTMENTS | UNSECURED | 1,364.80 | * | 115.21 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,981.85 | * | 167.30 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,355.68 | * | 283.28 | |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 235.09 | * | 16.53 | |
| 0038 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 680.38 | * | 57.44 | |
| 0039 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 743.24 | * | 59.28 | |
| 0040 | STATE OF NJ | PRIORITY | 767.57 | 100.00% | 767.57 | |
| 0041 | PINNACLE SERVICE SOLUTIONS LLC | UNSECURED | 4,873.95 | * | 411.45 | |
| 0042 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,293.78 | * | 193.63 | |
| 0043 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 565.12 | * | 47.70 | |
| 0044 | CENLAR FSB | (NEW) MTG Agree | 738.00 | 100.00% | 738.00 | |

**Chapter 13 Case # 20-22444**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0045 | STATE OF NJ | PRIORITY | 1,700.00 | 100.00% | 1,700.00 | |

**Total Paid: $25,450.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $25,378.00    -    Paid to Claims: $21,860.76    -    Admin Costs Paid: $3,589.24    =    Funds on Hand: $1,128.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.