| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: <br><br> RAYMOND C. MIDDLETON, <br><br> Chapter 13 Debtor | Case No.: <br><br> Adversary No.: <br><br> Chapter: <br><br> Judge: | 20-22444-VFP <br><br> _____ <br><br> 13 <br><br> Vincent F. Papalia |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  Fed Loan Servicing
(Example: John Smith, creditor)

        Old address:   Attn: Bankruptcy
                              PO Box 69184
                              Harrisburg, PA 17106

        New address:  FedLoan Servicing
                              PO Box 69184
                              Harrisburg, PA 17106-9184

        New phone no.: _____
        (if debtor is filing and their phone number has changed).

❑ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number: Last 4 digits 0007

    Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/17/2025        /s/ Melinda Middlebrooks
                       Signature

*rev.1/27/2025*