| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **RAYMOND C. MIDDLETON** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **20-22444** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made        12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   SERVICEMAC LLC

**Court claim no.** (if known): 22

**Last 4 digits** of any number you use to identify the debtor's account    5  8  9  7

**Property Address:**    917 WEST 5TH STREET
PLAINFIELD, NJ  07063

### Part 2:   Statement of Completion

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

|  | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 1,848.80 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,848.80 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 1,188.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 3,036.80 |

| Part 4: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice :   $ 1,188.00

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   (d)  $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Marie-Ann Greenberg         Date  02/10/2026
   Signature

Trustee    Marie-Ann Greenberg

Address    30 TWO BRIDGES ROAD
           SUITE 330
           FAIRFIELD, NJ  07004-1550

Contact phone  (973) 227-2840        Email  mag@magtrustee.com

Form 410C13-N               **Trustee's Notice of Disbursements Made**               Page 1

| Debtor 1 | **RAYMOND C. MIDDLETON** | Case number *(if known)* | **20-22444** |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 22 | CENLAR FSB | 06/21/2021 | 0872212 | Principal (System Check) | 29.71 |
| 22 | CENLAR FSB | 07/19/2021 | 0874010 | Principal (System Check) | 120.52 |
| 22 | CENLAR FSB | 08/16/2021 | 0875692 | Principal (System Check) | 629.27 |
| 22 | CENLAR FSB | 09/20/2021 | 0877423 | Principal (System Check) | 120.52 |
| 22 | CENLAR FSB | 10/18/2021 | 0879202 | Principal (System Check) | 120.52 |
| 22 | CENLAR FSB | 11/17/2021 | 0880908 | Principal (System Check) | 121.80 |
| 22 | CENLAR FSB | 12/13/2021 | 0882542 | Principal (System Check) | 121.80 |
| 22 | CENLAR FSB | 01/10/2022 | 0884198 | Principal (System Check) | 121.80 |
| 22 | CENLAR FSB | 05/16/2022 | 0891007 | Principal (System Check) | 462.86 |
| | | | | Total for Claim Number 22: | 1,848.80 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,848.80** |

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | CENLAR FSB | 05/15/2023 | 0910216 | Principal (System Check) | 538.00 |
| | CENLAR FSB | 02/12/2024 | 0923291 | Principal (System Check) | 200.00 |
| | CENLAR FSB | 04/14/2025 | 0943337 | Principal (System Check) | 102.31 |
| | SERVICEMAC LLC | 05/05/2025 | 0000000 | Creditor Refund Principal (Refunded) | -102.31 |
| | SERVICEMAC LLC | 05/12/2025 | 0944632 | Principal (System Check) | 200.00 |
| | SERVICEMAC LLC | 08/18/2025 | 0948900 | Principal (System Check) | 250.00 |
| | | | | Total for Claim Number : | 1,188.00 |
| | | | | **Total for Part 3 - c (Postpetition Arrears):** | **1,188.00** |

| Debtor 1 | RAYMOND C. MIDDLETON | Case number (if known) | 20-22444 |
|---|---|---|---|
| | Name | | |

20-22444

---

**CERTIFICATE OF SERVICE**

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

RAYMOND C. MIDDLETON
917 WEST 5TH STREET
PLAINFIELD, NJ  07063


KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

SERVICEMAC LLC
LAKEVIEW LOAN SERVICING LLC
PO BOX 105178
ATLANTA, GA  30348-5178


SERVICEMAC LLC
LAKEVIEW LOAN SERVICING LLC
PO BOX 100077
DULUTH, GA  30096-9377

---

Service to the following is effective through electronic means pursuant to Fed. R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

---

MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630


Date:  February 10, 2026                          /s/ Charles D'Arrigo

                                                  30 TWO BRIDGES ROAD
                                                  SUITE 330
                                                  FAIRFIELD, NJ  07004-1550