**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

RAYMOND C. MIDDLETON,

**Case No.:  20-22444 VFP**

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $491.48, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:   US DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
PO BOX 790234
ST. LOUIS, MO  63179

Amount:                 $491.48

Trustee Claim Number:   9

Court Claim Number:     9

Reason:                  Checks have been returned as undeliverable

By:   /S/  Marie-Ann Greenberg

Dated:  March 16, 2026                MARIE-ANN GREENBERG
                                      CHAPTER 13 STANDING TRUSTEE